## MINUTE ENTRY

JOAN M. AZRACK, USMJ    DATE: 5/25/11

DOCKET: 11-CV-613 (RRM)   CASE: Lowenbein v. United Recovery Systems

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE    ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☒ INITIAL CONF.   ☐ STATUS CONF.   ☐ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☒ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: Adam Fishbein

FOR DEFENDANT: Jeffrey Imeri

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Def to provide info to π. Tel. conf.
6/23/11

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on 6/23/11 2:00   ☒ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____